JOHN KEEFE, Appellant, *v.* SAMUEL S. WARNER et al., Respondents.

(Argued October 19, 1881 ; decided November 29, 1881.)

*Matthew Hale* for appellant.

*Amasa J. Parker* for respondent.

Agree to affirm.
ANDREWS, Ch. J., and EARL, J., dissenting.
No opinion.
Judgment affirmed.